1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                     **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  LAMONA RAE GROSS, an individual, | Case Number 2:19-cv-01967-JAD-VCF |
| 11             Plaintiff, | |
| 12     vs. | |
| 13  PLUSFOUR, INC., a Nevada Corporation; and EXPERIAN INFORMATION | **STIPULATION OF DISMISSAL OF DEFENDANT PLUSFOUR, INC. WITH PREJUDICE** |
| 14  SOLUTIONS, INC., a Foreign Corporation, | **& Order** |
| 15             Defendants. | ECF No. 20 |

16

17      IT IS HEREBY STIPULATED by and between Plaintiff, Lamona R. Gross ("Plaintiff")

18  and Defendant, PlusFour, Inc. ("Defendant"), by and through their respective attorneys of record,

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 29th day of October, 2020.                Dated this 29th day of October, 2020.

**COGBURN LAW**                                       **SHUMWAY VAN**

By: */s/Erik W. Fox*                                  By: */s/Margaret A. Manning*
    Jamie S. Cogburn, Esq.                              Garrett R. Chase, Esq.
    Nevada Bar No. 8409                                 Nevada Bar No. 14498
    Erik W. Fox, Esq.                                   Margaret A. Manning, Esq.
    Nevada Bar No. 8804                                 Nevada Bar No. 15275
    2580 St. Rose Parkway, Suite 330                    8985 South Eastern Ave., Suite 100,
    Henderson, Nevada 89074                             Las Vegas, NV 89123
    *Attorneys for Plaintiff*                           *Attorneys for PlusFour, Inc.*

## ORDER

    Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, and because the stipulated dismissal of the claims against Defendant PlusFour, Inc. leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: November 5, 2020